# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WOLF, CHRISTOPHER J § Case No. 09-72033
§
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/15/2009 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 248,205.96 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 22,290.06 |
| Bank service fees | | 743.64 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 225,172.26 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/02/2009 and the deadline for filing governmental claims was 10/02/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,660.30 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 15,660.30 , for a total compensation of $ 15,660.30 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/05/2012            By:/s/DANIEL M. DONAHUE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-72033   MLB   Judge: MANUEL BARBOSA
Case Name: WOLF, CHRISTOPHER J
For Period Ending: 07/05/12

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 05/15/09 (f)
341(a) Meeting Date: 06/24/09
Claims Bar Date: 10/02/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Household goods and furnishings | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 3. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Furs & Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Camera | 50.00 | 0.00 | | 0.00 | FA |
| 6. Wolf Bros, Family LLC | 30,000.00 | 35,722.97 | | 35,722.97 | FA |
| 7. 2003 Jeep Liberty | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2007 Chevrolet HHR | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 145.36 | FA |
| 10. Survivor claim in wrongful death (u) | Unknown | 212,337.63 | | 212,337.63 | FA |
| TOTALS (Excluding Unknown Values) | $47,000.00 | $248,060.60 | | $248,205.96 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The only remaining asset is a minority interest in an LLC. Trustee has made an offer to the other members of the LLC for purchase. Settlement discussions are continuing. Once the property is liquidated, trustee will proceed to final report.

Initial Projected Date of Final Report (TFR): 01/01/13    Current Projected Date of Final Report (TFR): 01/01/13

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 3)    Ver: 16.06b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-72033 -MLB |
| Case Name: | WOLF, CHRISTOPHER J |
| Taxpayer ID No: | ******4455 |
| For Period Ending: | 07/05/12 |

| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | ******1392 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trxn. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/09 | 6 | WOLF BROS FAMILY LLC TR #1870 POB 560 BELVIDERE, IL 61008 | INTEREST IN LLC | 1129-000 | 1,250.00 | | 1,250.00 |
| 07/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,250.03 |
| 08/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,250.06 |
| 09/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,250.09 |
| 10/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,250.12 |
| 11/05/09 | 10 | LAW OFFICES OF FRANCIS MARASA | SETTLEMENT PROCEEDS: PI CLAIM | 1249-000 | 212,337.63 | | 213,587.75 |
| 11/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 6.43 | | 213,594.18 |
| 12/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 9.07 | | 213,603.25 |
| 01/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 9.07 | | 213,612.32 |
| 02/26/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.19 | | 213,620.51 |
| 03/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 9.08 | | 213,629.59 |
| 04/06/10 | 001000 | INTERNAL REVENUE SERVICE POB 21126 PHILADELPHIA, PA 19114-0326 | PAYMENT OF PRIORITY CLAIM | 2810-000 | | 13,261.72 | 200,367.87 |
| 04/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.49 | | 200,376.36 |
| 05/28/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.51 | | 200,384.87 |
| 06/08/10 | 001001 | INTERNATIONAL SURETIES,LTD 701 POYDRAS ST., STE 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 | 2300-000 | | 161.42 | 200,223.45 |
| 06/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.23 | | 200,231.68 |
| 07/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.50 | | 200,240.18 |
| 08/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.51 | | 200,248.69 |
| 09/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.23 | | 200,256.92 |
| 10/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.50 | | 200,265.42 |
| 11/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.24 | | 200,273.66 |
| 12/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.50 | | 200,282.16 |
| | | | | Page Subtotals | 213,705.30 | 13,423.14 | |

LFORM2.4   UST Form 101-7-TFR (5/1/2011) (Page: 4)   Ver. 16.06b

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-72033 -MLB | Trustee Name: | DANIEL M. DONAHUE | | |
|---|---|---|---|---|---|
| Case Name: | WOLF, CHRISTOPHER J | Bank Name: | Bank of America, NA | | |
| Taxpayer ID No: | \*\*\*\*\*\*4455 | Account Number / CD #: | \*\*\*\*\*\*1392 MONEY MARKET | | |
| For Period Ending: | 07/05/12 | Blanket Bond (per case limit): | $ 1,500,000.00 | | |
| | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trxn. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.51 | | 200,290.67 |
| 02/28/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.54 | | 200,292.21 |
| 03/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.70 | | 200,293.91 |
| 04/07/11 | 001002 | MCGREEVY WILLIAMS, P.C. | Attorney Fees | 3110-000 | | 8,487.50 | 191,806.41 |
| 04/07/11 | 001003 | MCGREEVY WILLIAMS, P.C. | Attorney Expenses | 3120-000 | | 49.09 | 191,757.32 |
| 04/20/11 | 6 | CHRISTOPHER J WOLF 1644 N STATE ST BELVIDERE, IL 61008-2008 | INTEREST IN LLC | 1129-000 | 7,500.00 | | 199,257.32 |
| 04/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.60 | | 199,258.92 |
| 05/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.70 | | 199,260.62 |
| 06/16/11 | 001004 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM: 06/01/11 - 06/01/12 | 2300-000 | | 170.51 | 199,090.11 |
| 06/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.64 | | 199,091.75 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.68 | | 199,093.43 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.70 | | 199,095.13 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.64 | | 199,096.77 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.69 | | 199,098.46 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 253.64 | 198,844.82 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.63 | | 198,846.45 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 245.15 | 198,601.30 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.68 | | 198,602.98 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 244.85 | 198,358.13 |
| 01/19/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.98 | | 198,359.11 |
| 01/19/12 | | Transfer to Acct #\*\*\*\*\*\*3952 | Bank Funds Transfer | 9999-000 | | 198,359.11 | 0.00 |

Page Subtotals  7,527.69  207,809.85

UST Form 101-7-TFR (5/1/2011) (Page: 5)   Ver: 16.06b  LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 09-72033 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WOLF, CHRISTOPHER J | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | ******1392 MONEY MARKET |
| Taxpayer ID No: | ******4455 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| For Period Ending: | 07/05/12 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 221,232.99 | 221,232.99 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 198,359.11 | |
| | | | Subtotal | | 221,232.99 | 22,873.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 221,232.99 | 22,873.88 | |

Page Subtotals 0.00 0.00

Page: 4
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-72033 -MLB
Case Name: WOLF, CHRISTOPHER J
Taxpayer ID No: \*\*\*\*\*\*\*4455
For Period Ending: 07/05/12

Trustee Name: DANIEL M. DONAHUE
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: \*\*\*\*\*\*3952 GENERAL CHECKING
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #\*\*\*\*\*\*\*1392 | Bank Funds Transfer | 9999-000 | 198,359.11 | | 198,359.11 |
| 06/05/12 | 6 | WOLF BROS. FAMILY LLC TR. #1870<br>POB 560<br>BELVIDERE, IL 61008 | INTEREST IN TRUST | 1129-000 | 1,250.00 | | 199,609.11 |
| 06/12/12 | 6 | LAW OFFICES OF FRANCIS J. MARASA<br>1 E. WACKER DR., 35TH FL.<br>CHICAGO, IL 60601 | INTEREST IN WOLF BROS FAMILY LLC | 1129-000 | 10,722.97 | | 210,332.08 |
| 06/19/12 | 6 | SARA TYSON WOLF<br>WILLIAM A. WOF<br>805 N. STATE ST.<br>BELVIDERE, IL 61008 | INTEREST IN FAMILY LLC | 1129-000 | 15,000.00 | | 225,332.08 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 159.82 | 225,172.26 |

| | | |
|---|---|---|
| COLUMN TOTALS | 225,332.08 | 159.82 |
| Less: Bank Transfers/CD's | 198,359.11 | 0.00 |
| Subtotal | 26,972.97 | 159.82 |
| Less: Payments to Debtors | | 0.00 |
| Net | 26,972.97 | 159.82 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 248,205.96 | 23,033.70 | 225,172.26 |
| MONEY MARKET - \*\*\*\*\*\*\*1392 | 221,232.99 | 22,873.88 | 0.00 |
| GENERAL CHECKING - \*\*\*\*\*\*\*3952 | 26,972.97 | 159.82 | 225,172.26 |
| (Excludes Account Transfers) | | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  225,332.08  159.82

Page: 5
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-72033 -MLB
Case Name: WOLF, CHRISTOPHER J
Taxpayer ID No: \*\*\*\*\*\*\*4455
For Period Ending: 07/05/12

Trustee Name: DANIEL M. DONAHUE
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: \*\*\*\*\*\*\*3952 GENERAL CHECKING
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - \*\*\*\*\*\*\*1392 | | | | |
| | | | GENERAL CHECKING - \*\*\*\*\*\*\*3952 | | | | |
| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: July 05, 2012 |
|---|---|---|---|---|---|
| Case Number: 09-72033<br>Debtor Name: WOLF, CHRISTOPHER J | | Claim Type Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $330.33 | $330.33 |
| 000002B<br>999<br>2820-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Administrative | | $0.00 | $13,261.72 | $13,261.72 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $18,239.50 | $18,239.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $102.02 | $102.02 |
| 000001<br>070<br>7100-00 | Vermont Economic Development<br>c/o Attorney Shawn C. Fulbright<br>P.O. Box 1510<br>Rockford, IL 61110-0010 | Unsecured | | $0.00 | $205,125.56 | $205,125.56 |
| 000002A<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Unsecured | | $0.00 | $4,290.30 | $4,290.30 |
| 000003<br>070<br>7100-00 | Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $0.00 | $433.62 | $433.62 |
| 000004<br>080<br>7200-00 | FIA CARD SERVICES, NA/BANK<br>OF AMERICA<br>BY AMERICAN INFOSOURCE LP<br>AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $19,771.13 | $19,771.13 |
| | Case Totals: | | | $0.00 | $261,554.18 | $261,554.18 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72033
Case Name: WOLF, CHRISTOPHER J
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                    $         225,172.26

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 15,660.30 | $ 0.00 | $ 15,660.30 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 18,239.50 | $ 8,487.50 | $ 9,752.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 102.02 | $ 49.09 | $ 52.93 |
| Other: Internal Revenue Service | $ 13,261.72 | $ 13,261.72 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $    25,465.23

Remaining Balance                                            $   199,707.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) (Page: 10)

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 209,849.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 95.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Vermont Economic Development | $ 205,125.56 | $ 0.00 | $ 195,211.43 |
| 000002A | Internal Revenue Service | $ 4,290.30 | $ 0.00 | $ 4,082.94 |
| 000003 | Recovery Management Systems Corporation | $ 433.62 | $ 0.00 | $ 412.66 |

Total to be paid to timely general unsecured creditors $ 199,707.03

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 19,771.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 19,771.13 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

UST Form 101-7-TFR (5/1/2011) (Page: 11)

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $8,487.50 | $9,752.00 | $18,239.50 |
|  | *Expenses* | $49.09 | $52.93 | $102.02 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
|  | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
|  | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $8,487.50 | $9,752.00 | $18,239.50 |
|  | *Expenses* | $49.09 | $52.93 | $102.02 |
|  | | $8,536.59 | $9,804.93 | $18,341.52 |

**Exhibit G**