UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WOLF, CHRISTOPHER J § Case No. 09-72033
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> U.S. Bankruptcy Clerk's Office
> Stanley J. Roszkowski U.S. Courthouse
> 327 South Church Street
> Room 1100
> Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/13/2012 in Courtroom 3100,

> United States Courthouse
> 327 South Church Street
> Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue_____
                                             Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WOLF, CHRISTOPHER J § Case No. 09-72033
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 248,205.96 |
| and approved disbursements of | $ | 23,033.70 |
| leaving a balance on hand of[1] | $ | 225,172.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 15,660.30 | $ 0.00 | $ 15,660.30 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 18,239.50 | $ 8,487.50 | $ 9,752.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 102.02 | $ 49.09 | $ 52.93 |
| Other: Internal Revenue Service | $ 13,261.72 | $ 13,261.72 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 25,465.23 |
| Remaining Balance | $ 199,707.03 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 209,849.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 95.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Vermont Economic Development | $ 205,125.56 | $ 0.00 | $ 195,211.43 |
| 000002A | Internal Revenue Service | $ 4,290.30 | $ 0.00 | $ 4,082.94 |
| 000003 | Recovery Management Systems Corporation | $ 433.62 | $ 0.00 | $ 412.66 |

Total to be paid to timely general unsecured creditors    $     199,707.03

Remaining Balance    $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 19,771.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 19,771.13 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                       Case No. 09-72033-MB
Christopher J. Wolf                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2                   Date Rcvd: Jul 16, 2012
                              Form ID: pdf006            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2012.
db           +Christopher J. Wolf,    1644 North State Street,    Belvidere, IL 61008-2008
13922464     +Bank of America,    Attention: Bankruptcy Department,    4161 Piedmont Parkway,
               Greensboro, NC 27410-8110
13922466      HSBC Card Services,    P.O. Box 88000,    Baltimore, MD 21288-0001
13922467     +HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
13922471    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery ASsoc.,    Assignee of Bank of America,
               P.O. Box 12914,    Norfolk, VA 23541)
13922472      Vermont Economic Development,    c/o Attorney Shawn C. Fulbright,    P.O. Box 1510,
               Rockford, IL 61110-0010
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14562475      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2012 02:09:13
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13922465      E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2012 01:04:34      GMAC,
               Payment Processing Center,    P.O. Box 9001951,    Louisville, KY 40290-1951
13922468      E-mail/Text: cio.bncmail@irs.gov Jul 17 2012 00:59:22      Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA 19114-0326
13922469      E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2012 02:14:16      JCPenney,   P.O. Box 960090,
               Orlando, FL 32896-0090
13922470     +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2012 02:14:16      JCPenney/GE Money Bank,
               Attention: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
14472480     +E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2012 02:14:17
               Recovery Management Systems Corporation,    For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2012**                        **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez             Page 2 of 2          Date Rcvd: Jul 16, 2012
                              Form ID: pdf006           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2012 at the address(es) listed below:

        Daniel  Donahue    ddonahue@mjwpc.com,   ddonahue@ecf.epiqsystems.com
        Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Stephen G Balsley    on behalf of Debtor Christopher Wolf sbalsley@bslbv.com

                                                                            TOTAL: 4