# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
WOLF, CHRISTOPHER J                 §        Case No. 09-72033
                                    §
          Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE _____
                                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Payment Processing Center P.O. Box 9001951 Louisville, KY 40290-1951 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Payment Processing Center P.O. Box 9001951 Louisville, KY 40290-1951 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES,LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Card Services P.O. Box 88000 Baltimore, MD 21288-0001 | | | | | |
| | Portfolio Recovery ASsoc. Assignee of Bank of America P.O. Box 12914 Norfolk, VA 23541 | | | | | |
| 000002A | INTERNAL REVENUE SERVICE | | | | | |
| 000003 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000001 | VERMONT ECONOMIC DEVELOPMENT | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-72033   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | WOLF, CHRISTOPHER J | Date Filed (f) or Converted (c): | 05/15/09 (f) |
| | | 341(a) Meeting Date: | 06/24/09 |
| For Period Ending: | 09/11/12 | Claims Bar Date: | 10/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Household goods and furnishings | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 3. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Furs & Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Wolf Bros, Family LLC | 30,000.00 | 35,722.97 | | 35,722.97 | FA |
| 7. 2003 Jeep Liberty | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2007 Chevrolet HHR | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 145.36 | FA |
| 10. Survivor claim in wrongful death (u) | Unknown | 212,337.63 | | 212,337.63 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $47,000.00 | $248,060.60 | | $248,205.96 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The only remaining asset is a minority interest in an LLC.  Trustee has made an offer to the other members of the LLC

for purchase.  Settlement discussions are continuing.  Once the property is liquidated, trustee will proceed to final

report.

Initial Projected Date of Final Report (TFR): 01/01/13          Current Projected Date of Final Report (TFR): 01/01/13

Ver: 16.06f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-72033 -MLB |
|---|---|
| Case Name: | WOLF, CHRISTOPHER J |

| Taxpayer ID No: | *******4455 |
|---|---|
| For Period Ending: | 09/11/12 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******1392  MONEY MARKET |

| Blanket Bond (per case limit): | $ 1,500,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/09 | 6 | WOLF BROS FAMILY LLC TR #1870 POB 560 BELVIDERE, IL 61008 | INTEREST IN LLC | 1129-000 | 1,250.00 | | 1,250.00 |
| 07/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,250.03 |
| 08/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,250.06 |
| 09/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,250.09 |
| 10/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,250.12 |
| 11/05/09 | 10 | LAW OFFICES OF FRANCIS MARASA | SETTLEMENT PROCEEDS: PI CLAIM | 1249-000 | 212,337.63 | | 213,587.75 |
| 11/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 6.43 | | 213,594.18 |
| 12/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.07 | | 213,603.25 |
| 01/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.07 | | 213,612.32 |
| 02/26/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.19 | | 213,620.51 |
| 03/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 9.08 | | 213,629.59 |
| 04/06/10 | 001000 | INTERNAL REVENUE SERVICE POB 21126 PHILADELPHIA, PA  19114-0326 | PAYMENT OF PRIORITY CLAIM | 2810-000 | | 13,261.72 | 200,367.87 |
| 04/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.49 | | 200,376.36 |
| 05/28/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.51 | | 200,384.87 |
| 06/08/10 | 001001 | INTERNATIONAL SURETIES,LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Blanket Bond #016018067 | 2300-000 | | 161.42 | 200,223.45 |
| 06/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.23 | | 200,231.68 |
| 07/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.50 | | 200,240.18 |
| 08/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.51 | | 200,248.69 |
| 09/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.23 | | 200,256.92 |
| 10/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.50 | | 200,265.42 |
| 11/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.24 | | 200,273.66 |
| 12/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.50 | | 200,282.16 |

| | | | Page Subtotals | | 213,705.30 | 13,423.14 | |

Page:   2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-72033 -MLB | |
| Case Name: | WOLF, CHRISTOPHER J | |

| | |
|---|---|
| Taxpayer ID No: | *******4455 |
| For Period Ending: | 09/11/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******1392  MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.51 | | 200,290.67 |
| 02/28/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.54 | | 200,292.21 |
| 03/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.70 | | 200,293.91 |
| 04/07/11 | 001002 | MCGREEVY WILLIAMS, P.C. | Attorney Fees | 3110-000 | | 8,487.50 | 191,806.41 |
| 04/07/11 | 001003 | MCGREEVY WILLIAMS, P.C. | Attorney Expenses | 3120-000 | | 49.09 | 191,757.32 |
| 04/20/11 | 6 | CHRISTOPHER J WOLF<br>1644 N STATE ST<br>BELVIDERE, IL  61008-2008 | INTEREST IN LLC | 1129-000 | 7,500.00 | | 199,257.32 |
| 04/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.60 | | 199,258.92 |
| 05/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.70 | | 199,260.62 |
| 06/16/11 | 001004 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM:  06/01/11 - 06/01/12 | 2300-000 | | 170.51 | 199,090.11 |
| 06/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.64 | | 199,091.75 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.68 | | 199,093.43 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.70 | | 199,095.13 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.64 | | 199,096.77 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.69 | | 199,098.46 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 253.64 | 198,844.82 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.63 | | 198,846.45 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 245.15 | 198,601.30 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.68 | | 198,602.98 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 244.85 | 198,358.13 |
| 01/19/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.98 | | 198,359.11 |
| 01/19/12 | | Transfer to Acct #*******3952 | Bank Funds Transfer | 9999-000 | | 198,359.11 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 7,527.69 | 207,809.85 |

Ver: 16.06f

FORM 2                                                                                                        Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-72033  -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | WOLF, CHRISTOPHER J | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******1392  MONEY MARKET |
| Taxpayer ID No: | *******4455 | | | |
| For Period Ending: | 09/11/12 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 221,232.99 | 221,232.99 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 198,359.11 | |
| | | | Subtotal | | 221,232.99 | 22,873.88 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 221,232.99 | 22,873.88 | |

Page Subtotals                            0.00                        0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-72033 -MLB |
| Case Name: | WOLF, CHRISTOPHER J |
| Taxpayer ID No: | *******4455 |
| For Period Ending: | 09/11/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3952  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******1392 | Bank Funds Transfer | 9999-000 | 198,359.11 | | 198,359.11 |
| 06/05/12 | 6 | WOLF BROS. FAMILY LLC TR. #1870 POB 560 BELVIDERE, IL  61008 | INTEREST IN TRUST | 1129-000 | 1,250.00 | | 199,609.11 |
| 06/12/12 | 6 | LAW OFFICES OF FRANCIS J. MARASA 1 E. WACKER DR., 35TH FL. CHICAGO, IL  60601 | INTEREST IN WOLF BROS FAMILY LLC | 1129-000 | 10,722.97 | | 210,332.08 |
| 06/19/12 | 6 | SARA TYSON WOLF WILLIAM A. WOF 805 N. STATE ST. BELVIDERE, IL 61008 | INTEREST IN FAMILY LLC | 1129-000 | 15,000.00 | | 225,332.08 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 159.82 | 225,172.26 |
| 08/13/12 | 000101 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Expense | 2100-000 | | 15,660.30 | 209,511.96 |
| 08/13/12 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,752.00 | 199,759.96 |
| 08/13/12 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 52.93 | 199,707.03 |
| 08/13/12 | 000104 | Vermont Economic Development c/o Attorney Shawn C. Fulbright P.O. Box 1510 Rockford, IL 61110-0010 | Claim 000001, Payment 95.2% | 7100-000 | | 195,211.43 | 4,495.60 |
| 08/13/12 | 000105 | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | Claim 000002A, Payment 95.2% | 7100-000 | | 4,082.94 | 412.66 |
| 08/13/12 | 000106 | Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES | Claim 000003, Payment 95.2% | 7100-000 | | 412.66 | 0.00 |

| | | | Page Subtotals | | 225,332.08 | 225,332.08 | |

Ver: 16.06f

FORM 1

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-72033  -MLB | | | Trustee Name: | DANIEL M. DONAHUE | |
| Case Name: | WOLF, CHRISTOPHER J | | | Bank Name: | CONGRESSIONAL BANK | |
| | | | | Account Number / CD #: | *******3952  GENERAL CHECKING | |
| Taxpayer ID No: | *******4455 | | | | | |
| For Period Ending: | 09/11/12 | | | Blanket Bond (per case limit): | $  1,500,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Ave Ste 1120 Miami FL 33131 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 225,332.08 | 225,332.08 | 0.00 |
| Less:  Bank Transfers/CD's | | 198,359.11 | 0.00 |
| Subtotal | | 26,972.97 | 225,332.08 |
| Less:  Payments to Debtors | | | 0.00 |
| Net | | 26,972.97 | 225,332.08 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******1392 | 221,232.99 | 22,873.88 | 0.00 |
| GENERAL CHECKING - *******3952 | 26,972.97 | 225,332.08 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 248,205.96 | 248,205.96 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00                 0.00

Ver: 16.06f